Rel: July 11, 2025

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
SPECIAL TERM, 2025

SC-2024-0587

Debbie Sheffield v. John C. Smith and Out Front Hitting, LLC (Appeal from Shelby Circuit Court: CV-22-900605).

SELLERS, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Stewart, C.J., and Wise, Cook, and Lewis, JJ., concur.